THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD A. BOEHM and FRITZ BOEHM, Appellants.

Submitted May 23, 1955; decided May 24, 1955.

*William H. McKeon* for motion.

*John F. Dwyer, District Attorney (Robert A. Burrell* of counsel), for the People of the State of New York.

Motion granted and case set down for argument during the October, 1955, session of Court of Appeals.